

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of T.M., M.M., and N.M., children,

No. 11-21-00020-CV

* From the 35th District Court
of Brown County,
Trial Court No. CV 18-12-534.

* June 10, 2021

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the father's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed as to the father only; the appeal remains active with respect to the mother.